# United States District Court

for

## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Joe Allen Elder      Case Number: 3:06-00179

Name of Sentencing Judicial Officer: Honorable Robert L. Echols, United States District Judge

Name of Current Judicial Officer: Honorable Aleta A. Trauger, United States District Judge

Date of Original Sentence: June 18, 2007

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 78 months' custody followed by three years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: June 25, 2012

Assistant U.S. Attorney: Mark Wildasin      Defense Attorney: Jude T. Lenahan

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Considered this 7th day of Nov., 2013, and made a part of the records in the above case.

Kimberly Haney
U.S. Probation Officer

Aleta A. Trauger
U.S. District Judge

Place      Nashville, Tennessee

Date      November 5, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from any unlawful use of a controlled substance.**

On October 30, 2013, Mr. Elder tested positive for cocaine use.

Mr. Elder reported to the probation office on October 30, 2013, fo a random drug screen. The result was positive for cocaine. Mr. Elder denied new use of cocaine, and the specimen was sent to the laboratory which confirmed the sample as positive for cocaine.

**Compliance with Supervision Conditions and Prior Interventions:**

Joe Allen Elder began his term of supervised release on June 25, 2012. His term of supervision is scheduled to expire on June 24, 2015. Mr. Elder was previously employed at Newland Construction as a roofer, but he has not been employed for the past five months due to medical restrictions.

A report, dated October 11, 2013, was previously submitted regarding Mr. Elder's arrest for Driving Under the Influence, Implied Consent, and Unlawful Possession of Drug Paraphernalia, in addition to failing to report for a drug test, not abstaining from all us of alcohol or alcoholic beverages, and positive cocaine use. The probation officer referred Mr. Elder to Centerstone Mental Health for a substance abuse treatment assessment and to participate in a substance abuse treatment program. The assessment was conducted on September 24, 2013, and the counselor recommended that Mr. Elder participate in the Low Intensity Outpatient Program. The therapist also strongly encouraged him to attend Alcoholics Anonymous and/or Cocaine Anonymous (AA/NA) meetings to stay busy and engaged in a recovery environment. Mr. Elder is now participating in weekly substance abuse treatment.

The probation officer spoke with Mr. Elder on November 4, 2013, regarding his positive drug test for cocaine. He denied new use, saying he has not ingested any cocaine orally, intravenously, or through his nasal passages. He denied using drugs since he tested positive for cocaine on September 12, 2013. However, Mr. Elder indicated that he will "admit" that he used drugs so that he would not have to tell the truth about his use or who gave him the drugs. After further inquiry, Mr. Elder advised that he has been "doing some things to make some money," because he is not comfortable with his mother paying his bills. The probation officer instructed Mr. Elder to continue with his treatment and not engage in further criminal conduct. He was also advised the treatment provider and the Court would be notified of his new drug use.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Elder continue on supervised release to continue with substance abuse treatment and increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____

Britton Shelton
Supervisory U.S. Probation Officer