IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Case No. 3:06-00179 |
| | ) | JUDGE TRAUGER |
| JOE ALLEN ELDER | ) | |
| | ) | |

**UNITED STATES' MOTION TO CANCEL REVOCATION HEARING**

Comes now the United States of America, through counsel, and moves the Court to cancel the revocation proceeding scheduled for July 15, 2014 at 1:00 p.m. See Order (D.E. 50). Counsel for the United States has consulted with the U.S. Probation Office and has been advised that Mr. Elder is currently in compliance with the conditions of his probation.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

By: s/ Mark H. Wildasin
MARK H. WILDASIN (BPR No. 015082)
Assistant United States Attorney
United States Attorney's Office
110 Ninth Avenue, South, Suite A961
Nashville, Tennessee 37203
Phone: (615) 736-5151
Email: mark.wildasin@usdoj.gov